473 A.2d 662

Star Savings & Loan, Appellant, v. Briggs.

584

Argued November 21, 1983.   Robert J. Landy, for appellant;   Michael J. Dowd, for appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order affirmed.